# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Criminal Action No. 20-190-2 (RBW) |
| | ) |
| SAHN WILLIAMS, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Upon consideration of the defendant's Unopposed Motion to Continue Sentencing, and for good cause shown, it is hereby

**ORDERED** that the defendant's Unopposed Motion to Continue Sentencing, ECF No. 72, is **GRANTED**. It is further

**ORDERED** that the sentencing currently set for March 15, 2022, is **CONTINUED** to May 9, 2022, at 10:00 a.m., via videoconference. It is further

**ORDERED** that the parties shall appear for a status conference on March 22, 2022, at 10:30 a.m. via teleconference by calling 1-877-873-8017 and entering the Court's access code (8583213) followed by the pound key (#).

**SO ORDERED** this 9th day of March, 2022.

_____
REGGIE B. WALTON
United States District Judge