UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES | : | 20 Cr. 190 (RBW) |
| v. | : | |
| SAHN WILLIAMS | : | |
| Defendant. | : | |

**DEFENDANT'S UNOPPOSED MOTION**
**TO CONTINUE SENTENCING**

Defendant Sahn Williams respectfully moves this Court to continue the next status hearing in this case, scheduled for Thursday, June 16, 2022 for approximately one week, or sometime thereafter consistent with the Court's schedule. Undersigned has personally spoken with the prosecutor assigned to this case, who does not oppose the request. The following reasons support this request:

Undersigned counsel filed his sentencing memorandum earlier today and is in the process of finalizing exhibits (which include family letters and other such matters) for the Court's review. The defense is requesting that the Court impose a sentence of time served in this case and believes that it would be appropriate for the Court to have additional time to review the defense submission and any memorandum submitted by the Government.

An appropriate draft Order is attached hereto for the Court's review.

Respectfully submitted,

*Robert Feitel*

_____
Robert Feitel, Esquire
Law Office of Robert Feitel
1300 Pennsylvania Avenue, N.W.
#190-515
Washington, D.C. 20008
D.C. Bar No. 366673
202-255-6637 (cellular)
RF@RFeitelLaw.com

CERTIFICATE OF SERVICE

      I hereby certify that a copy of the foregoing was filed on the ECF docket for this case and also sent via email, to Michael Boyer and Johnathon Jacobs, U.S. Attorney's Office For The District Of Columbia, 555 4th Street N.W, Washington, DC 20001, this day 14th day of June 202..

*Robert Feitel*

_____

Robert Feitel